**United States Bankruptcy Court**
**District of Nevada**

IN RE:                                                                                         Case No. **09-20852**

**PARRA, MARIA DEL ROSARIO**                                                                   Chapter **13**
                                   Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,090,000.00 | | |
| B - Personal Property | Yes | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 4,977,286.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 0.00 |
| TOTAL | | 14 | $ 1,090,000.00 | $ 4,977,286.00 | |

# United States Bankruptcy Court
## District of Nevada

IN RE:                                                       Case No. **09-20852**

**PARRA, MARIA DEL ROSARIO**                         Chapter **13**

Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 3,887,286.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 3,887,286.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PARRA, MARIA DEL ROSARIO**     Case No. **09-20852**
          Debtor(s)                                                           (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **10780 ELK LAKE DR, LV NV 89144** | | | 200,000.00 | 555,043.00 |
| **11749 COSTA BLANCA, LV NV 89138** | | | 350,000.00 | 541,349.00 |
| **1717 N LAMONT, LV NV 89115** | | | 70,000.00 | 157,832.00 |
| **1741 N LAMONT, LV NV 89115** | | | 70,000.00 | 157,579.00 |
| **2417 ISABELLE LV NV 89101** | | | 100,000.00 | 235,950.00 |
| **317 SILVER GROVE, LV NV 89144** | | | 150,000.00 | 367,488.00 |
| **340 UPLAND, LV NV 89107** | | | 0.00 | 150,000.00 |
| **608 DOLETTO, LV NV 89138** | | | 0.00 | 335,000.00 |
| **6112 BORDEN CIRCLE, LV NV 89107** | | | 150,000.00 | 200,000.00 |
| **6332 CASADA WAY, LV NV 89107** | | | 0.00 | 429,721.00 |
| **6452 CASADA WAY, LV NV 89107** | | | 0.00 | 382,468.00 |
| **732 CHERVIL VALLEY FR, LV NV 89138** | | | 0.00 | 1,464,856.00 |
| | | **TOTAL** | **1,090,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PARRA, MARIA DEL ROSARIO** _____ Case No. **09-20852**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1205065328** <br> **ASC** <br> **P O BOX 10388** <br> **DES MOINES, IA 50306** | | | **6112 BORDEN CIRCLE, LV NV 89107** <br><br> VALUE $ **150,000.00** | | | X | **160,000.00** | **50,000.00** |
| ACCOUNT NO. **5164775631** <br> **BANK UNITED** <br> **7815 NW 148TH ST** <br> **MIAMI LAKES, FL 33016** | | | **1717 N LAMONT, LV NV 89115** <br><br> VALUE $ **70,000.00** | | | X | **157,832.00** | **87,832.00** |
| ACCOUNT NO. **143222889** <br> **COUNTRWIDE MORTGAGE** <br> **P O BOX 650070** <br> **DALLAS, TX 75265** | | | **11749 COSTA BLANCA, LV NV 89138** <br><br> VALUE $ **350,000.00** | | | X | **484,742.00** | **134,742.00** |
| ACCOUNT NO. **143222897** <br> **COUNTRWIDE MORTGAGE** <br> **P O BOX 650070** <br> **DALLAS, TX 75265** | | | **11749 COSTA BLANCA, LV NV 89138** <br><br> VALUE $ **350,000.00** | | | X | **56,607.00** | **56,607.00** |

____**2**____ continuation sheets attached

Subtotal (Total of this page) $ **859,181.00** $ **329,181.00**

Total (Use only on last page) $ $

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **PARRA, MARIA DEL ROSARIO**                                                      Case No. **09-20852**
                        Debtor(s)                                                                           (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **73659732** **COUNTRYWIDE HOME LOAN** **450 AMERICAN ST** **SIMI VALLEY, CA  93065** | | | **317 SILVERGROVE, LV NV 89144** <br><br> VALUE $ **150,000.00** | | X | | 367,488.00 | 217,488.00 |
| ACCOUNT NO. **7392500393** **HOMECOMINGS** **2711 N HASKELL AVE SW 1** **DALLAS, TX  75204** | | | **732 CHERVIL VALLEY DR, LV NV** <br><br> VALUE $ | | X | | 407,956.00 | 407,956.00 |
| ACCOUNT NO. **7442077699** **HOMECOMINGS** **2711 N HASKELL AVE SW 1** **DALLAS, TX  75204** | | | **6452 CASADA WAY, LV NV 89107** <br><br> VALUE $ | | X | | 382,468.00 | 382,468.00 |
| ACCOUNT NO. **323634907** **HOMEQ SERVICING** **P O BOX 79230** **CITY OF INDUSTRY, CA  91716** | | | **608 DOLETTO, LV NV 89138** <br><br> VALUE $ | | | | 335,000.00 | 335,000.00 |
| ACCOUNT NO. **6681005627896** **INDYMAC BANK** **6900 BEATRICE DR** **KALAMAZOO, MI  49009-9559** | | | **10780 ELK LAKE DR., LV NV 89144** <br><br> VALUE $ **200,000.00** | | X | | 555,043.00 | 355,043.00 |
| ACCOUNT NO. **2770010609675** **SELECT PORTFOLIO SERVICING** **P O BOX 65250** **SLC, UT  84165** | | | **6332 CASADA WAY, LV NV 89107** <br><br> VALUE $ | | X | | 429,721.00 | 429,721.00 |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **2,477,676.00**   $ **2,127,676.00**

Total (Use only on last page) $              $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PARRA, MARIA DEL ROSARIO**                                    Case No. **09-20852**
                         Debtor(s)                                                            (If known)

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2770010593507** <br> **SELECT PORTFOLIO SERVICING** <br> **P O BOX 65250** <br> **SLC, UT 84165** | | | **2417 ISABELLE LV NV 89101** <br><br> VALUE $ **100,000.00** | | | | **198,595.00** | **98,595.00** |
| ACCOUNT NO. **0010593515** <br> **SLS** <br> **P O BOX 636005** <br> **LITTLETON, CO 80163** | | | **2417 ISABELLE LV NV 89101** <br><br> VALUE $ **100,000.00** | | | | **37,355.00** | **37,355.00** |
| ACCOUNT NO. **662510806122** <br> **US BANK** <br> **P O BOX 790179** <br> **ST LOUIS, MO 63179** | | | **340 UPLAND, LV NV 89107** <br><br> VALUE $ | | X | | **150,000.00** | **150,000.00** |
| ACCOUNT NO. **9085303831282** <br> **WASHINGTON MUTUAL** <br> **P O BOX 1093** <br> **NORTHRIDGE, CA 91328** | | | **732 CHERVIL VALLEY DR., LV NV 89138** <br><br> VALUE $ | | X | | **1,056,900.00** | **1,056,900.00** |
| ACCOUNT NO. **1560691184238** <br> **WASHINGTON MUTUAL** <br> **P O BOX 1093** <br> **NORTHRIDGE, CA 91328** | | | **1741 N LAMONT, LV NV 89115** <br><br> VALUE $ **70,000.00** | | X | | **157,579.00** | **87,579.00** |
| ACCOUNT NO. **312505** <br> **WILSHIRE** <br> **P O BOX 8517** <br> **PORTLAND, OR 97207** | | | **6112 BORDEN CIRCLE, LV NV 89107** <br><br> VALUE $ **150,000.00** | | X | | **40,000.00** | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   $ **1,640,429.00**   $ **1,430,429.00**

Total (Use only on last page)   $ **4,977,286.00**   $ **3,887,286.00**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only